

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2014

No. 04-14-00569-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERT, INC**.,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Michael E. Mery, Judge Presiding

# O R D E R

On November 12, 2014, appellee filed a motion dismiss to dismiss the appeal for want of jurisdiction. After reviewing appellee's motion, we ordered appellant to file a written response to appellee's motion to dismiss for want of jurisdiction in this court on or before December 1, 2014. We ordered appellant to file a written response specifically addressing whether the judgment or order from which appellant seeks to appeal in this case, Appellate No. 04-14-00569-CV, is the same judgment or order from which appellant sought to appeal in Appellate No. 04-14-00319-CV, which was dismissed by this court upon appellant's own motion on July 9, 2014. Appellant filed a response. We now **ORDER** appellee to file a written reply to appellant's response in this court on or before December 23, 2014.

We **order** the clerk of this court to serve copies of this order on appellant and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2014.

_____
Keith E. Hottle
Clerk of Court